# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-3894

_____

Charles Edward Black

*Plaintiff - Appellant*

v.

James Linker, Lieutenant, Pope County Detention Center, et al.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: July 27, 2017
Filed: August 1, 2017
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Former Arkansas inmate Charles Black appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he alleged that defendants were deliberately indifferent to his serious medical needs. Upon careful de novo review, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review), we conclude that summary judgment was proper because Black failed to show that the alleged delays had a detrimental effect on his health, see Jackson v. Riebold, 815 F.3d 1114, 1119-20 (8th Cir. 2016); that defendants were deliberately indifferent, see Fourte v. Faulkner Cty., Ark., 746 F.3d 384, 387 (8th Cir. 2014); or that he was denied pain medication.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.